

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00093-CR

**TYLER CLAY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2017-1854-C2**

## ABATEMENT ORDER

The clerk's record was filed in this appeal on March 28, 2019. The reporter's record was filed on June 5, 2019. Appellant Tyler Clay thereafter filed with the trial court clerk a "Motion to Supplement the Record."

We abate this appeal to the trial court to conduct a hearing on Clay's "Motion to Supplement the Record." If the trial court determines that a relevant item(s) has been omitted from the clerk's and/or reporter's record, the trial court shall direct the trial court clerk and/or official court reporter, respectively, to prepare, certify, and file in the

appellate court a supplement containing the omitted item(s). *See* TEX. R. APP. P. 34.5(c), 34.6(d).

The trial court shall conduct the hearing on Clay's "Motion to Supplement the Record" and shall direct the trial court clerk and/or official court reporter to prepare, certify, and file in the appellate court a supplement containing any omitted item(s) from the clerk's and/or reporter's record within 21 days from the date of this order. Any supplemental clerk's record and/or supplemental reporter's record shall then be filed in this Court within 35 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Order issued and filed July 17, 2019
RWR

